UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FNU HAMEEDULLAH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GREG WHITE, BENJAMIN MARQUEZ, and ZAMBI,<br><br>　　　　　Defendants. | Case No. 2:19-cv-01714-TLN-JDP (PS)<br><br>FINDINGS AND RECOMMENDATIONS TO DISMISS FOR FAILURE TO STATE A CLAIM, FAILURE TO PROSECUTE, AND FAILURE TO COMPLY WITH A COURT ORDER<br><br>OBJECTIONS DUE WITHIN 14 DAYS<br><br>ECF NO. 9 |

　　　　Plaintiff filed his first complaint on August 30, 2019. ECF No. 1. On February 6, 2020, the court found that plaintiff's complaint had failed to state a claim but granted plaintiff the opportunity to file an amended complaint.[1] ECF No. 8. On March 6, 2020, plaintiff filed his first amended complaint. ECF No. 9. On September 2, 2020, the court found that plaintiff's first amended complaint again failed to state a claim but granted plaintiff a second opportunity to file an amended complaint within thirty days. ECF No. 10. Over thirty days have lapsed and plaintiff has not filed a second amended complaint. Accordingly, I recommend that the court dismiss this case.

　　　　I submit these findings and recommendations to the district judge under 28 U.S.C.

---

[1] Plaintiff's initial complaint and first amended complaint were screened by Magistrate Judge Brennan.

1

§ 636(b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California.  Within 14 days of the service of the findings and recommendations, the parties may file written objections to the findings and recommendations with the court and serve a copy on all parties.  That document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The district judge will review the findings and recommendations under 28 U.S.C. § 636(b)(1)(C).

IT IS SO ORDERED.

Dated:   March 11, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE